UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jesse L. Bellamy,

    Plaintiff(s),

vs.

Experian Information Solutions, Inc. et al

    Defendant(s).

Case # 2:22-cv-00726-APG-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Eliyahu Babad_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Stein Saks, PLLC_____
(firm name)

with offices at _____One University Plaza, Suite 620_____,
(street address)

_____Hackensack_____, _____New York_____, _____07601_____,
(city) (state) (zip code)

_____(201) 282-6500 x121_____, _____ebabad@steinsakslegal.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Jesse L. Bellamy,_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>August 4, 2010</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>New York</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/08/2021 | 2:21-cv-2162 | District Court of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF    New York    )
COUNTY OF    Nassau    )

_____Eliyahu Babad_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

5th day of May, 2022, _____.

TAMIR SALAND
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SA6407972
Qualified in Nassau County
My Commission Expires 07-27-2024

Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Robert M. Tzall, Esq.___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2551 North Green Valley Parkway, Building C, Suite 303_____,
(street address)

___Henderson___, ___Nebraska___, ___89014___,
(city)            (state)            (zip code)

___702-666-0233___, ___office@contemporarylegalsolutions.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Robert M. Tzall_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

s/ Jesse Bellamy
(party's signature)

Jesse L. Bellamy
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

s/ Robert M. Tzall, Esq.
Designated Resident Nevada Counsel's signature

13412                office@contemporarylegalsolutions.c
Bar number           Email address

APPROVED:

Dated: this **1st** day of **June**, 20**22**.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**Bar Admissions:**

- **States**
    - New York
        - Bar No. 4815536
        - admitted August 4, 2010
    - New Jersey
        - Bar No.: 017162009
        - admitted December 2, 2009
- **Federal**
    1. Colorado
        a. Court does not issue bar numbers
        b. Admitted April 21, 2021
    2. Connecticut
        a. Admitted February 5, 2021
        b. Bar number: ct31048
    3. Illinois
        a. Northern
            i. Admitted May 25, 2020
            ii. Bar No. 4815536
    4. New Jersey
        a. Bar No.: 017162009
        b. admitted December 2, 2009
    5. New York
        a. Eastern
            i. Bar Number: EB8283
            ii. Date of Admission: May 4, 2016
        b. Southern
            i. Bar Number: EB2448
            ii. Date of Admission: April 26, 2016
        c. Northern
            i. Admitted Nov 13, 2020
            ii. Bar Number: 702302
    6. Tennessee
        a. Western
            i. Admitted January 14, 2021
    7. Texas
        a. Eastern
            i. Admitted December 7, 2021
            ii. Court does not assign bar numbers
        b. Western – admitted in May 2022 - awaiting certificate of admission for exact admission date and bar number
    8. Wisconsin
        a. Eastern
            i. Admitted May 11, 2021



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Eliyahu R. Babad

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 4, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 8, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00061393



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*
Maria T. Fasulo
Clerk of the Court

Revised January 2022