**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff*
*Dennis Moore*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MOORE, <br><br> Plaintiff, <br><br> v. <br><br> MOUNTAIN RUN SOLUTIONS, LLC AND EQUIFAX INFORMAITON SERVICES, LLC, <br><br> Defendants. | Case No.: **2:22-cv-00586-APG-VCF** <br><br> **STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure, Rule 41, Plaintiff Dennis Moore and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Equifax. Each party shall bear their own fees and costs in accordance with the parties' settlement agreement.

IT IS SO ORDERED:

Dated:___July 27, 2022_____

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE